JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM R. PHILLIPS, | ) Case No. 2:20-cv-10412-JWH-JC |
| Petitioner, | ) |
| v. | ) JUDGMENT |
| JOSIE GASTELO, | ) |
| Respondent. | ) |

Pursuant to this Court's Order Summarily Dismissing Petition for Writ of Habeas Corpus, IT IS ADJUDGED that the Petition for Writ of Habeas Corpus is dismissed.

DATED: December 17, 2020

_____
HONORABLE JOHN W. HOLCOMB
UNITED STATES DISTRICT JUDGE